```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 13633
   WANDA GONZALEZ
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-0081


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/30/2007 and was confirmed 09/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/29/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  CURRENT MORTG          .00             .00            .00
AMERICAN GENERAL FINANCE  MORTGAGE ARRE          .00             .00            .00
AMERICAN GENERAL FINANCE  SECURED VEHIC     7075.00          301.78        2614.49
NATIONAL CITY MORTGAGE    CURRENT MORTG          .00             .00            .00
A ALL FINANCIAL SERVICES  UNSEC W/INTER  NOT FILED              .00            .00
ADVOCATE ILLINOIS MASONI  UNSEC W/INTER  NOT FILED              .00            .00
AUTHORIZED PAYDAY         UNSEC W/INTER  NOT FILED              .00            .00
CAPITAL ONE BANK          UNSEC W/INTER  NOT FILED              .00            .00
CHARTER ONE BANK          UNSEC W/INTER  NOT FILED              .00            .00
CHARTER ONE BANK          NOTICE ONLY    NOT FILED              .00            .00
CHECK N GO                UNSEC W/INTER  NOT FILED              .00            .00
CITIBANK USA              UNSEC W/INTER  NOT FILED              .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      344.50             .00            .00
EMERGENCY CARE PHYSICIAN  UNSEC W/INTER  NOT FILED              .00            .00
FINANCIAL PROCESSING      UNSEC W/INTER      399.80             .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      291.63             .00            .00
INSTANT LOAN TODAY        UNSEC W/INTER  NOT FILED              .00            .00
INSTANT CASH ADVANCE      UNSEC W/INTER  NOT FILED              .00            .00
INTERIM CASH              UNSEC W/INTER  NOT FILED              .00            .00
NORWEGIAN AMERICAN HOSPI  UNSEC W/INTER  NOT FILED              .00            .00
NORWEGIAN AMERICAN HISPI  NOTICE ONLY    NOT FILED              .00            .00
SALLIE MAE INC            UNSEC W/INTER          .00             .00            .00
SALLIE MAE LSCF           UNSEC W/INTER          .00             .00            .00
SALLIE MAE LSCF           UNSEC W/INTER          .00             .00            .00
ISAC                      UNSEC W/INTER          .00             .00            .00
SALLIE MAE LSCF           UNSEC W/INTER          .00             .00            .00
SETON FAMILY HEALTH CENT  UNSEC W/INTER  NOT FILED              .00            .00
ST SYLVESTER SCHOOL       UNSEC W/INTER     1266.00             .00            .00
STATE FARM BANK           UNSEC W/INTER     1945.74             .00            .00
STATE FARM                UNSEC W/INTER  NOT FILED              .00            .00
SWEDISH COVENANT HOSPITA  UNSEC W/INTER  NOT FILED              .00            .00
T MOBILE                  UNSEC W/INTER      207.98             .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 13633 WANDA GONZALEZ
```

```
T MOBILE                   NOTICE ONLY   NOT FILED            .00           .00
T MOBILE BANKRUPTCY DEPT   NOTICE ONLY   NOT FILED            .00           .00
TARGET NATIONAL BANK       UNSEC W/INTER    521.93            .00           .00
ULTA SALON COSMETICS & F   UNSEC W/INTER NOT FILED            .00           .00
US CELLULAR                UNSEC W/INTER NOT FILED            .00           .00
VYRIDIAN REVENUE MANAGEM   UNSEC W/INTER NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER    504.33            .00           .00
WFNNB CLARK                NOTICE ONLY   NOT FILED            .00           .00
WORLD FINANCIAL NETWORK    UNSEC W/INTER    270.12            .00           .00
ANTONIA GONZALES           NOTICE ONLY   NOT FILED            .00           .00
ANTONIA GONZALES           NOTICE ONLY   NOT FILED            .00           .00
ASSET ACCEPTANCE LLC       UNSEC W/INTER    151.00            .00           .00
ASSET ACCEPTANCE LLC       UNSEC W/INTER    285.92            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER    391.52            .00           .00
AMERICAN GENERAL FINANCE   UNSEC W/INTER   1386.70            .00           .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT    354.00            .00        354.00
CITY OF CHICAGO PARKING    UNSEC W/INTER    640.00            .00           .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY    3,500.00                     2,647.41
TOM VAUGHN                 TRUSTEE                                       440.32
DEBTOR REFUND              REFUND                                           .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                6,358.00

PRIORITY                                        354.00
SECURED                                       2,614.49
    INTEREST                                    301.78
UNSECURED                                          .00
ADMINISTRATIVE                                2,647.41
TRUSTEE COMPENSATION                            440.32
DEBTOR REFUND                                      .00
                       ---------------      ---------------
TOTALS                 6,358.00               6,358.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 01/27/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 07 B 13633 WANDA GONZALEZ